TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-05-00808-CV







Dyana Guillen Garza, Appellant




v.




Texas Department of Family and Protective Services, Appellee







FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT


NO. 2003-1819, HONORABLE DON B. MORGAN, JUDGE PRESIDING







C O N C U R R I N G O P I N I O N



 I concur in the judgment only. See Tex. R. App. P. 47.5.



 __________________________________________

 Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Filed: May 19, 2006